No. 82–5923.   WISE *v.* NEW YORK.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 82–5924.   SCOTT *v.* MAGGIO, WARDEN, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 82–5925.   McCOLPIN *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 82–5928.   ELENES-CAZARES *v.* UNITED STATES. C. A. 9th Cir.   Certiorari denied.

No. 82–5930.   SHAUMYAN ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 2d Cir.   Certiorari denied.

No. 82–5931.   WEBSTER *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 82–5932.   WATNICK *v.* ELGIN STATE HOSPITAL. C. A. 7th Cir.   Certiorari denied.

No. 82–5933.   BRIGHT *v.* GARRISON ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 82–5937.   FORD *v.* SUPERINTENDENT, KENTUCKY STATE PENITENTIARY.   C. A. 6th Cir.   Certiorari denied.

No. 82–5938.   HIGGINS *v.* KENTUCKY.   Ct. App. Ky. Certiorari denied.

No. 82–5940.   BAILEY ET AL. *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 82–5941.   GIPSON *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 82–5942.   BALLANCE *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.